UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROCCO LAGIORGIA,

    Petitioner,

v.                                                           CASE NO. 6:06-cv-924-Orl-19DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

1.    Petitioner filed a document titled "Notice of Appeal (Alternatively a Rehearing)" (Doc. No. 18, filed April 3, 2008). To the extent Petitioner is seeking to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e), the motion is untimely. Moreover, Petitioner has failed to establish sufficient grounds warranting the relief requested. Accordingly, the motion is **DENIED**.

2.    Petitioner's Motion for Extension of Time to File Certificate of Appealability (Doc. No. 17, filed April 3, 2008) is **GRANTED**. The certificate of appealability (Doc. No. 19) filed April 7, 2008, shall be considered timely filed.

  3. Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 19, filed April 7, 2008) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

  4. Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 21, filed April 16, 2008) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

  **DONE AND ORDERED** at Orlando, Florida this  24th  day of April, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 4/24
Rocco Lagiorgia

---

[1] Petitioner's Notice of Appeal (Doc. No. KEYBOARD(), filed KEYBOARD()) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Counsel of Record